In the Matter of EMMA L. ROCHE, Appellant; JOHN K. CLARK, Respondent.

(Argued June 16, 1932; decided July 19, 1932.)

*Milton Seymour Cohn* for appellant.

*John Kirkland Clark*, respondent in person.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.